opinion filed May 27, 1948; released for publication June 22, 1948. Harold Broverman and Scott Hoover, for appellant; Hogan & Coale and Daniel H. Dailey, for appellee. Opinion by JUSTICE DADY. Not to be published in full.

Chester A. Mocabee and Hazel B. Mocabee, Appellees, v. Mable T. Holman, Appellant.

Gen. No. 9,590.

opinion filed May 27, 1948; released for publication June 22, 1948. Weilepp & Wilson, for appellant; John W. Dyar, of counsel; Vail, Mills & Armstrong, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

Riley Fordyce, Appellee, v. Wallace Elifson, Appellant.

Gen. No. 10,155.

opinion filed June 4, 1948; released for publication June 25, 1948. Warner & Warner, for appellant; Henry C. Warner and George F. Nichols, of counsel; Dixon, Devine, Bracken & Ryan, for appellee; Robert L. Bracken and J. C. Ryan, of counsel. Opinion by Justice Bristow. Not to be published in full.

Chicago-Rockford Motor Express, Inc., Appellant, v. Bruno Cagnoni and Alfred Cagnoni, Trading as Over-Nite Motor Service, Appellees.

Bruno Cagnoni and Alfred Cagnoni, Trading as Over-Nite Motor Service, Appellees, v. Chicago-Rockford Motor Express, Inc., Appellant.

Gen. No. 10,203.

opinion filed June 4, 1948; released for publication June 25, 1948. Stanton E. Hyer, for appellant; Edward S. Foltz, Jr. and John H. Page, for appellees. Opinion by Justice Bristow. Not to be published in full.